DeConcini McDonald Yetwin & Lacy, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300
Tel: (520) 322-5000
Fax: (520) 322-5585

Jody A. Corrales (AZ #024869)
jcorrales@dmyl.com
Attorneys for *Plaintiff*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CHERYL L. MCCLUSKEY,<br><br>Debtor. | (Chapter 7)<br><br>Case No. 4:19-bk-12478-BMW |
| CHERYL L. MCCLUSKEY,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Adversary No. 4:19-ap-00447-BMW<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's *Order Staying Adversary Proceeding* [Dkt. No. 16], the parties file the following joint status report:

1. Counsel have conferred regarding Ms. McCluskey ability to obtain a Total and Permanent Disability (TPD) Discharge with the United States Department of Education. Unfortunately, because Ms. McCluskey's next scheduled disability review does not fall within the applicable 5-7 -year timeframe, Ms. McCluskey is not automatically entitled to a TPD Discharge. However, Ms. McCluskey will continue to pursue a TPD Discharge through another (longer) route.

2. Accordingly, Ms. McCluskey respectfully requests that the adversary proceeding be stayed until May 1, 2022, to allow Ms. McCluskey to explore a TPD Discharge before placing the matter back on the Court's calendar. Education consents to the request.

3. If the stay is granted, the parties will jointly file a status report on or before May 1, 2022.

RESPECTFULLY SUBMITTED this 25th day of January, 2022.

DECONCINI MCDONALD YETWIN & LACY, P.C.

By: */s/ Jody A. Corrales*
    Jody A. Corrales, Esq.
    Attorneys for *Plaintiff*

GLENN B. MCCORMICK
UNITED STATES ATTORNEY
DISTRICT OF ARIZONA

By: *s/ Denise Ann Faulk* (with permission)
    Denise Ann Faulk
    Assistant U.S. Attorney

ORIGINAL of the foregoing electronically filed this 25th day of January, 2022, with:

CLERK, UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
*https://ecf.azb.uscourts.gov*

COPIES of the foregoing mailed via electronic or U.S. Mail this 25th day of January, 2022, to:

Denise Faulk
United States Attorney's Office
405 W. Congress, Ste. 4800
Tucson, AZ 85701-5040
Denise.Faulk@usdoj.gov
*Attorneys for the United States*

By: */s/ Danielle Oesterle*